Honorable Franklin Burgess

06-CR-05243-ORD

FILED
RECEIVED
LODGED
JUN 28 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br><br>GREGORY REX WILSON,<br><br>　　　　Defendant. | NO. 06-CR-05243-FDB<br><br>STIPULATION & ORDER<br>CONTINUING TRIAL DATE |

COMES NOW the Defendant, Gregory Rex Wilson, by and through his attorney of record, Mark D. Mestel, and United States of America, by and through their attorney, Greg Gruber, and the parties stipulate and agree that the trial currently scheduled for July 3, 2006 be continued to September or October 2006 or to a date convenient for the court.

DATED this 23rd day of June, 2006.

_____
Greg Gruber, WSBA #_____
United States Assistant U.S. Attorney

_____
Mark D. Mestel, WSBA #8350
Attorney for Defendant

STIPULATION AND ORDER CONTINUING TRIAL DATE 1

*MARK D. MESTEL*
*ATTORNEY AT LAW*
*3221 Oakes Avenue*
*Everett, WA 98201*
*(425) 339-2383*

ORDER

THE COURT NOW FINDS that pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by continuing the trial date to October 10, 2006, outweigh the best interests of the public and the defendant in a speedy trial, in that, as set forth in the Declaration of Mark D. Mestel in support of the Motion to Continue Trial, it has been demonstrated that (1) defense counsel has only recently learned that the Government intends to supersede the Indictment; (2) defense counsel needs additional time in order to examine and review discovery materials and review with his client in order to adequately prepare the defense for trial and; (3) to identify, locate and interview potential defense witnesses; and (4) the Government does not object to this continuance; and (5) a written Waiver off Speedy Trial will be filed;

IT IS THEREFORE ORDERED THAT the trial in this matter is continued until October 10, 2006.

IT IS FURTHER ORDERED THAT, for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, the period of delay from July 3, 2006, up to and including the new trial date of October 10, 2006; is excludable time pursuant to 18 U.S.C. § 3161 (h)(8)(A).

IT IS FURTHER ORDERED THAT the pretrial motions deadline shall be extended to August 4, 2006 and that any response by the government shall be due no later than August 17, 2006.

Done this 28th day of June, 2006.

FRANKLIN D BURGESS
United States District Court Judge

STIPULATION AND ORDER CONTINUING TRIAL DATE 2

*MARK D. MESTEL*
*ATTORNEY AT LAW*
*3221 Oakes Avenue*
*Everett, WA 98201*
*(425) 339-2383*