Magistrate Judge Arnold

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR06-5243FDB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER DENYING MOTION TO |
| ) | RESCIND DETENTION ORDER |
| GREGORY REX WILSON, ) | |
| ) | |
| Defendant. ) | |

After consideration of defendant Gregory Wilson's Motion to Reconsider Order Denying Motion to Rescind Detention Order and to Set Conditions of Release, and the response filed thereto, and after reviewing the issues initially presented and those raised by defendant in his motion for reconsideration, the court finds little in the way of new information; to the extent new information has been offered, it is more than offset by defendants entry of a guilty plea removing the presumption of innocence from the court's consideration.

IT IS HEREBY ORDERED that the defendant's Motion to Reconsider be DENIED without a hearing.

DATED this 6th day of November, 2006.

*/s/ J. Kelley Arnold*

J KELLEY ARNOLD
United States Magistrate Judge

1 | Presented by:

2 | s/Gregory A. Gruber
GREGORY A. GRUBER
3 | Assistant United States Attorney

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order Resp. to Deft's Mtn for Reconsideration
CR06-5243FDB