Judge Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-5243FDB |
| Plaintiff, | ) ) | STIPULATION FOR INTERLOCUTORY SALE OF |
| v. | ) ) | REAL PROPERTY LOCATED AT 81 QUAIL RUN ROAD, STEVENSON, |
| GREGORY REX WILSON, | ) ) | WASHINGTON |
| Defendants. | ) ) | (Title vested in the name of Gregory Wilson) |

The undersigned parties in this action, the United States of America and Gregory Wilson, by and through their respective undersigned counsel, hereby stipulate and agree to the Interlocutory Sale of the real property located at 81 Quail Run Road, Stevenson, Washington (hereinafter "real property"), as follows:

1. This is a criminal case, wherein the United States is seeking forfeiture of the above identified property pursuant to Title 21, United States Code, Section 853, for violations of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(D).

2. The real property is located in Skamania County, State of Washington, and is more particularly described as follows:

> A tract of land in the Southwest Quarter of Section 25, Township 3 North, Range 7 East of the Willamette Meridian in the County of Skamania, State of Washington, described as follows:
>
> Lot 1 of the FERN MEADOW ESTATES SHORT PLAT, recorded in Book 3 of Short Plats, Page 336, Records of Skamania County, Washington.
>
> SUBJECT TO: PROTECTIVE COVENANTS, including the terms and provisions thereof recorded October 9, 1998 in Book 182, Page 52; ROAD

STIPULATION FOR INTERLOCUTORY SALE OF
REAL PROPERTY LOCATED AT 81 QUAIL RUN ROAD
STEVENSON, SKAMANIA COUNTY                                  - 1
CR06-5243FDB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     MAINTENANCE AGREEMENT, including the terms and provisions thereof recorded October 9, 1998 in Book 182, Page 49; SITE INSPECTION, including the terms and provisions thereof recorded October 9, 1998 in Book 182, Page 55.

    ALSO SUBJECT TO: RIGHTS OF OTHERS thereto entitled in and to the continued uninterrupted flow of UNNAMED SPRING, and rights of upper and lower riparian owners in and to the use of the waters and the natural flow thereof.

    AND SUBJECT TO: CONTRACT, including the terms and provisions thereof, between HAMBLETON BROS. LUMBER CO. as seller, and RUSSELL GAYNOR, a single man as purchaser, dated July 26, 1989, recorded July 26, 1989 in Book 115, Page 83, Auditors File No. 107515, Skamania County Records. Excise Tax Receipt No. 12901.

    EASEMENTS as shown on the recorded short plat.

    Tax Lot No.: 03 07 25 3 0 0107 00

3. The parties hereby stipulate and agree that it is in the best interest of all the parties for the property to be sold by defendant Gregory Wilson, by way of an interlocutory sale.

4. The parties agree that defendant Gregory Wilson will market and sell the above-described real property. The parties further agree that the United States will be notified of all reasonable offers to purchase the above-described real property. The defendant will have a period of four (4) months from the entry of his plea agreement in this case to sell the real property.

5. The purchase price of the real property will be a cash price.

6. The parties agree that from the net proceeds of the sale of the real property, and any additional funds if necessary, the defendant will pay to the United States the sum of $150,000.00. This amount is in lieu of forfeiting the real property to the United States. If the $150,000.00 has not been paid to the United States within four (4) months, then the parties agree that the United States will proceed with the forfeiture of the real property.

7. The parties agree that the $150,000.00 will be paid to the United States by way of a cashier's check. The check is to be made payable to the United States Treasury Department and is to be delivered to the United States Attorney's Office, Asset Forfeiture

STIPULATION FOR INTERLOCUTORY SALE OF
REAL PROPERTY LOCATED AT 81 QUAIL RUN ROAD
STEVENSON, SKAMANIA COUNTY - 2
CR06-5243FDB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Unit.

2      8. Defendant Gregory Wilson agrees that he will retain custody, control, and
3  responsibility for the real property until the Interlocutory Sale has been completed.
4  Defendant Wilson further agrees that he will retain existing insurance on the real property
5  until the Interlocutory Sale has been completed. In the event that the defendant does not
6  have current insurance on the real property, defendant Wilson agrees to obtain insurance
7  for the real property and maintain said insurance until the real property is sold.

8      DATED this __6th__ day of __December__, 2006.

Respectfully submitted,

JOHN McKAY
United States Attorney


s/Leonie G.H. Grant
LEONIE G.H. GRANT, WSBA#12670
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
206/ 553-2242; fax 206/ 553-6934
Lee.Grant@usdoj.gov


s/Mark Mestel
MARK MESTEL
Attorney for Gregory Wilson
3221 Oakes Avenue
Everett, Washington 98201
425/ 339-2383


s/Gregory Wilson
GREGORY WILSON
Defendant

STIPULATION FOR INTERLOCUTORY SALE OF
REAL PROPERTY LOCATED AT 81 QUAIL RUN ROAD
STEVENSON, SKAMANIA COUNTY - 3
CR06-5243FDB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

## ORDER

2    **This Stipulation for Interlocutory Sale is hereby approved.**

3

4    **DATED this 8th day of December, 2006.**

```
                                    /s/ Franklin D. Burgess
                                    _____
                                    FRANKLIN D. BURGESS
                                    UNITED STATES DISTRICT JUDGE
```

STIPULATION FOR INTERLOCUTORY SALE OF
REAL PROPERTY LOCATED AT 81 QUAIL RUN ROAD
STEVENSON, SKAMANIA COUNTY                    - 4
CR06-5243FDB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970